# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **FRANK SELDERS** | **CIVIL ACTION NO. 07-1368-P** |
| **VERSUS** | **JUDGE HICKS** |
| **WARDEN** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the Court is a petition for writ of habeas corpus filed by pro se petitioner Frank Selders, pursuant to 28 U.S.C. § 2254. This petition was received and filed in this Court on August 17, 2007. Petitioner is incarcerated in the Ouachita Correctional Center in Monroe, Louisiana. He challenges his sentence in the Louisiana Nineteenth Judicial District Court, Parish of East Baton Rouge.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Middle District of Louisiana, the district in which the alleged cause of action arose. **IT IS FURTHER ORDERED** that a determination of Petitioner's pauper status be deferred to the transferee court for resolution and disposition.

**THUS DONE** and signed, in chambers, in Shreveport, Louisiana, on this 24th day of August 2007.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE