UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 SEP 19 P 1:42

SIGN_____
BY DEPUTY CLERK

FRANK SELDERS (372138)

VERSUS

WARDEN QUACHITA CORRECTIONAL
CENTER, ET AL

CIVIL ACTION

NO. 07-635-A

## RULING

The court having carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 4, 2007 (doc.7), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, petitioner's claims are hereby dismissed without prejudice for failure to exhaust available state remedies.

Baton Rouge, Louisiana, September 19, 2007.

JOHN V. PARKER,  JUDGE
MIDDLE DISTRICT OF LOUISIANA